1  Steven H. Schultz, SBN 163543
   SCHULTZ LAW GROUP, PC
2  555 University Avenue, Suite 250
   Sacramento, CA 95825
3  Telephone: (916) 922-2310
   Facsimile:  (916) 92-1921
4  Email: steve@schultzinjurylaw.com

5  Attorneys for Plaintiff ANNETTE S. RUIZ

6
   Edward B. Gaus (SBN 289561)
7  egaus@shb.com
   David Polyakov (Bar No. 341577)
8  dpolyakov@shb.com
   SHOOK, HARDY & BACON L.L.P.
9  555 Mission Street, Suite 2300
   San Francisco, CA 94105
10 T: 415.544.1900 | F: 415.391.0281

11 Attorney for Defendant
   MEDTRONIC, INC., COVIDIEN, LP
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16
   ANNETTE S. RUIZ                        ) Case No. 2:24-cv-00489-DB
17                                         )
                  Plaintiff,               ) **JOINT STIPULATION AND**
18                                         ) **ORDER FOR EXTENSION OF**
   v.                                      ) **TIME FOR PLAINTIFF TO FILE**
19                                         ) **OPPOSITION TO MOTION TO**
   MEDTRONIC, INC., COVIDIEN, LP          ) **DISMISS AND FILE  AMENDED**
20                                         ) **COMPLAINT**
                  Defendants.             )
21                                         )
                                           )
22 ────────────────────────────           )

23        The undersigned parties, on behalf of their respective clients, hereby stipulate as

24 follows:

25        1.      Plaintiff ANNETTE S. RUIZ is represented by Steven Schultz of Schultz

26 Law Group, PC.

27        2.      Defendants MEDTRONIC, INC. and COVIDIEN, LP are represented by

28 David Polyakov and Edward B. Gaus of Shook, Hardy & Bacon, LLP.

3. On November 20, 2023, Plaintiff filed her Complaint for Damages alleging causes of actions for Products Liability and Strict Liability in the Sacramento County Superior Court.

4. On February 16, 2024, Defendants filed a Notice of Removal to the above-referenced court.

5. On February 23, 2024, Defendants filed a Motion to Dismiss in the above-referenced court.

6. Plaintiff's Opposition to Motion to Dismiss is due to be filed March 8, 2024.

7. Plaintiff and Defendants, by and through their counsel of record, stipulate to a 45-day extension of time in order for Plaintiff to file her Opposition to the Motion to Dismiss.

8. Further, Plaintiff and Defendants, by and through their counsel of record, stipulate to a 45-day extension of time in order for Plaintiff to file a First Amended Complaint.

9. The deadlines for the Opposition to the Motion to Dismiss and the First Amended Complaint are now April 22, 2024.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///
///
///

DATED: March 7, 2024                    **SCHULTZ LAW GROUP, PC**


By  /s/ *Steven H. Schultz*
    STEVEN H. SCHULTZ
    Attorney for Plaintiff ANNETTE RUIZ


DATED:  March 7, 2024                   **SHOOK, HARDY & BACON, LLP**


By  /s/ *David Polyakov*
    DAVID POLYAKOV
    EDWAD GAUS
    Attorneys for Defendants
    MEDTRONIC, INC. and
    COVIDIEN, LP

I hereby attest that the non-filing party has consented to the use of signatures on this document indicated by the conformed signature (/S/) within this e-filed document.

**<u>ORDER</u>**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the parties' stipulation to extend the time for Plaintiff to file her Opposition to Defendants' Motion to Dismiss is granted. The Opposition to Defendants' Motion to Dismiss is due April 22, 2024.

IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint is due April 22, 2024.

IT IS SO ORDERED.

DATED: March 8th, 2024

Troy L. Nunley
United States District Judge