

United States District Court
Eastern District of California

| ANNETTE S. RUIZ |
|---|

Plaintiff(s)

V.

| MEDTRONIC, INC. |
|---|

Defendant(s)

Case Number: | 2:24-cv-00489-TLN-SCR |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
LaTheena Thomas hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Medtronic, Inc. and Covidien, LP

On _____10/23/2023_____ (date), I was admitted to practice and presently in good standing in the
_____The Supreme Court of Texas_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: _____03/17/2025_____    Signature of Applicant: /s/ LaTheena Thomas

**Pro Hac Vice Attorney**

Applicant's Name: LaTheena Thomas

Law Firm Name: SHOOK, HARDY & BACON L.L.P.

Address: 600 Travis Street, Suite 3400

City: Houston        State: TX        Zip: 77002

Phone Number w/Area Code: (713) 546-5688

City and State of Residence: Houston, Texas

Primary E-mail Address: ltthomas@shb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shane B. Kolding

Law Firm Name: SHOOK, HARDY & BACON L.L.P.

Address: 555 Mission Street, Suite 2300

City: San Francisco        State: CA        Zip: 94105

Phone Number w/Area Code: (415) 544-1900        Bar #: 312948

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 17, 2025

_____
JUDGE, U.S. DISTRICT COURT