Steven H. Schultz, SBN 163543
SCHULTZ LAW GROUP, PC
555 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 922-2310
Facsimile:  (916) 92-1921
Email: steve@schultzinjurylaw.com

Attorneys for Plaintiff ANNETTE S. RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE S. RUIZ<br><br>　　　　Plaintiff,<br>v.<br>MEDTRONIC, INC., COVIDIEN, LP<br>　　　　Defendants. | Case No. 2:24-cv-00489-TLN-SCR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR OPPOSITION TO DISMISS TO EXCEED THE 20 PAGE LIMIT** |

Plaintiff Requests Leave of the Court to Allow Plaintiff's Opposition to Dismiss to Exceed the 20 Page Limit. Upon consideration, the Court Orders as Follows:

Leave of Court for Plaintiff's Opposition to Motion to Dismiss to Exceed the 20 Page Limit is hereby Granted.

IT IS SO ORDERED.

DATED:  March 28, 2025

_____
Troy L. Nunley
Chief United States District Judge